# IN THE UNITED STATES COURT FOR THE
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ASSOCIATED INDUSTRIES INSURANCE COMPANY, INC., <br><br> Plaintiff, <br><br> v. <br><br> STONEMARK MANAGEMENT, LLC and MARY JOYNER, <br><br> Defendants. | Case No: 1:25-cv-02767-ELR |

## PLAINTIFF ASSOCIATED INDUSTRIES INSURANCE COMPANY, INC.'S MOTION FOR SUMMARY JUDGMENT

COMES NOW Plaintiff Associated Industries Insurance Company, Inc. ("Associated") and moves this Court for summary judgment on all claims asserted by Associated against Defendants pursuant to Fed. R. Civ. P. 56. In support of this motion, Associated relies upon its Statement of Undisputed Facts and its Brief in Support of Motion for Summary Judgment including all exhibits referenced therein, and all pleadings and matters filed of record.

WHEREFORE, Associated respectfully requests this Court enter judgment in its favor pursuant to Fed. R. Civ. P. 56.

                                                                           Respectfully submitted,

                                                    *s/Joel S. Isenberg*
                                                    Joel S. Isenberg (GA Bar #108253)
                                                    Counsel for Plaintiff

**OF COUNSEL:**
PORTERFIELD, HARPER, MILLS,
MOTLOW & IRELAND, PA
22 Inverness Center Parkway, Suite 600
Birmingham, AL 35242
(205) 980-5000 / (205) 980-5001 Fax
jsi@phm-law.com

## CERTIFICATE OF SERVICE

      I do hereby certify that on January 7, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Jeffrey A. Daxe
Robert D. Ingram
Alexander M. Engler
MOORE INGRAM JOHNSON & STEELE
Emerson Outlook
326 Roswell Street
Suite 100
Marietta, GA 30060
jad@mijs.com
ringram@mijs.com
amengler@mijs.com

Eldridge Suggs, IV
Suggs Law Firm, P.C.
One Alliance Center
3500 Lenox Rd., N.E.
Suite 710
Atlanta, GA 30326
esuggs@suggslaw.com

                                                  *s/Joel S. Isenberg*
                                                  OF COUNSEL